IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NATHANIEL DAVID CURRY, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-30 (WLS) |
| | * |
| WESTERN EXPRESS, INC., | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 26, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of March, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk